IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3090 |
| vs. | |
| ABREION N. ALEXANDER, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for an Order permitting him to file pretrial motions out of time, (Filing No. 19), is granted.

2) Defendant's motion to suppress (Filing No. 20) is deemed timely filed.

3) The ends of justice served by granting the motion to file pretrial motions out of time outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between the pretrial motion deadline, August 23, 2017, and the resolution of Defendant's motion to suppress shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

September 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge