IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3090 |
| vs. | |
| ABREION N. ALEXANDER, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 31) to the Magistrate Judge's Findings and Recommendation (filing 30) that the defendant's motion to suppress (filing 20) be denied. The Court has conducted a de novo review of the motion to suppress, pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis, and finds the defendant's objections to be without merit. The Court will therefore adopt the Findings and Recommendation.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 30) are adopted.

2. The defendant's objection (filing 31) is overruled.

3. The defendant's Motion to Suppress (filing 20) is denied.

Dated this 8th day of November, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge