IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3090 |
| vs. | |
| ABREION N. ALEXANDER, | ORDER |
| Defendant. | |

Defendant was previously released on conditions, but violated the terms of that release by failing to submit to scheduled drug testing. Accordingly,

IT IS ORDERED:

1) The defendant is committed to the custody of the Attorney General or a designated representative for confinement, and shall be released from the Saline County Jail location at 8:00 AM on December 13, 2017.

2) Upon release, Defendant shall comply with all terms and conditions of pretrial release previously in place.

3) Defendant shall appear at a his change of plea hearing to commence before the undersigned in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 2:30 p.m. on January 11, 2018.

December 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge